Petition for Writ of Mandamus Denied and Memorandum Opinion filed March
9, 2006









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed March 9, 2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-06-00135-CV

____________

 

IN RE CHARLES EDWARD BONNER, Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On February 16, 2006, relator
filed a petition for writ of mandamus in this court.  See Tex.
Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition, relator
asked this court to compel the Honorable J.R. Gayle, presiding judge of the 239th  District Court
of Brazoria County, to vacate relator=s sentence.

Relator has not established that he is
entitled to mandamus relief. 
Accordingly, we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

Petition Denied
and Memorandum Opinion filed March 9, 2006.

Panel consists of
Chief Justice Hedges, Justices Yates and Guzman.